**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date: August 14, 2012 | Deputy Clerk: Jennifer Hawkins and Deborah Hansen |
| | Court Reporter: Mary George |

Civil Action No.: 12-cv-02131-JLK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Thomas J. Krysa |
| | Gregory A. Kasper |
| Plaintiff, | |
| v. | |
| BRIDGE PREMIUM FINANCE, LLC, (f/k/a BERJAC OF COLORADO, LLC), MICHAEL J. TURNOCK, and WILLIAM P. SULLIVAN, II, | |
| Defendants. | |

**COURTROOM MINUTES**

**In Court Hearing**

**2:00 p.m.    Court in session.**

Appearances

Court's comments

This matter is set today for hearing of an *ex parte* motion for Temporary Restraining Order.

Further comments by the Court

2:02        Plaintiff's first witness, Richard Michael Bayus, called and sworn.
              Direct examination (by Mr. Kasper)

2:22        Colloquy between Court and witness

2:24        Plaintiff's second witness, Tracy Bowen, called and sworn.
              Direct examination (by Mr. Krysa)

| | |
|---|---|
| 2:44 | Colloquy between Court and witness |
| 2:46 | Plaintiff's third witness, Tryn L. Hendricks, called and sworn. Direct examination (by Mr. Krysa) |
| 3:07 | Colloquy between Court and witness |
| 3:08 | The Court enters findings and conclusions on the record. |

> **ORDERED:** **The Plaintiff's Emergency Motion for an Order Granting an *Ex Parte* Temporary Restraining Order, Preliminary Injunction, and Other Emergency Relief [ECF No. 2] is GRANTED.**
>
> **ORDERED:** **This matter is set for hearing on August 23, 2012, at 2:00 p.m. in Courtroom 802-A. Each of the Defendants shall appear to show cause why this Court should not enter a Preliminary Injunction and order preliminary relief against the Defendants.**
>
> **This Court shall retain jurisdiction over this matter.**

| | |
|---|---|
| 3:08 | The Court signs the proposed Temporary Restraining Order, Asset Freeze, Other Equitable Relief and Order Setting Preliminary Injunction Hearing. |
| **3:14 p.m.** | **Court in recess.** Hearing concluded. Time: one hour and 14 minutes |