# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02131-JLK

SECURITIES and EXCHANGE COMMISSION,

Plaintiff,

v.

BRIDGE PREMIUM FINANCE, LLC,
(f/k/a BERJAC OF COLORADO, LLC),
MICHAEL J. TURNOCK, and
WILLIAM P. SULLIVAN, II,

Defendants.

---

## STIPULATION AND ORDER REGARDING
## CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the hearing,

Plaintiff's counsel shall retain custody of its exhibits until such time as all need for the

exhibits has terminated and the time to appeal has expired or all appellate proceedings

have been terminated plus sixty days.

DATED at Denver, Colorado this 14th day of August, 2012.

BY THE COURT:

_____
John L. Kane, Senior Judge

APPROVED AS TO FORM:

_____
ATTORNEY FOR PLAINTIFF