**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date:  October 10, 2012                     Deputy Clerk: Bernique Abiakam
                                            Court Reporter: Kara Spitler

---

Civil Action No.: 12-cv-02131-JLK

SECURITIES AND EXCHANGE COMMISSION,          Thomas J. Krysa
                                             Gregory A. Kasper


      Plaintiff,

v.

BRIDGE PREMIUM FINANCE, LLC,                 Martin M. Berliner
f/k/a BERJAC OF COLORADO, LLC,
MICHAEL J. TURNOCK, and
WILLIAM P. SULLIVAN, II,                     *Pro se*


      Defendants; and

JANE TURNOCK,                                Robert A. Lees

      Relief Defendant.

---

**COURTROOM MINUTES**

---

**Motions Hearing**

**10:19 a.m.    Court in session.**

Court calls case.  Counsel present, including John Clarke and Michael McNally.  No
appearance by Pro se Defendant, William Sullivan, II.

Preliminary remarks by the Court.

**ORDERED:  Motion for Removal Of Freeze On The Bank Account Of William P.**
**               Sullivan, II (Filed 9/26/12; Doc. No. 19) is DENIED.**

**ORDERED:  Motion For Partial Removal Of Freeze On The Bank Account Of**
**               William P. Sullivan, II (Filed 9/26/12; Doc. No. 20) is DENIED.**

Statement by Mr. Krysa.

*12-cv-02131-JLK*
*Motions Hearing*
*October 10, 2012*

**ORDERED:   Order of reference shall go to Magistrate Judge Boland regarding Jane Turnock.**

Statement by Mr. Lees.

Statement by Mr. Berliner.

Comments and ruling by the Court.

ORDERED:   Mr. Krysa shall contact ING regarding the release of the children's accounts, as specified.

**10:26 a.m.    Court in recess.**
Hearing concluded.
Time in court - 7 minutes.