IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02131-JLK-BNB

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

BRIDGE PREMIUM FINANCE, LLC, f/k/a BERJAC OF COLORADO, LLC,
MICHAEL J. TURNOCK, and
WILLIAM P. SULLIVAN, II,

Defendants,

and

JANE TURNOCK,

Relief Defendant.

_____

**ORDER**
_____

I am informed that the claims between the Securities and Exchange Commission and Jane K. Turnock have been resolved, subject to certain contingencies. Accordingly,

IT IS ORDERED that on or before **December 12, 2012**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a), or a status report addressing why dismissal has not been accomplished.

Dated October 17, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge