IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:12-cv-02131-JLK-BNB

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

BRIDGE PREMIUM FINANCE, LLC (f/k/a BERJAC OF COLORADO, LLC),
MICHAEL J. TURNOCK, and
WILLIAM P. SULLIVAN, II,

        Defendants,

and

JANE K. TURNOCK,

        Relief Defendant.

---

**ORDER AMENDING PRELIMINARY INJUNCTION**

---

The Court having reviewed "Plaintiff Securities and Exchange Commission's Unopposed Motion for Order Amending Preliminary Injunction to Allow for Sale of Residence at 3737 E. Gill Drive" (Dkt. # 41), the court record, and for good cause shown:

HEREBY ORDERS, ADJUDGES, AND DECREES:

a. That the sale of the Turnocks' residence located at 3737 E. Gill Drive, Denver, Colorado 80209, to Katherine M. Windler and John W. Windler may take place on November 9, 2012, or as soon thereafter as may be reasonably possible for the buyers to close;

2

    b.    That Katherine M. Windler and John W. Windler may take title to the property free and clear of any claims of parties to this lawsuit;

    c.    That the *lis pendenses* recorded against the residence located at 3737 E. Gill Drive, Denver, Colorado 80209 shall be expunged upon entry of this Order;

    d.    That the sale proceeds from the transaction due to the sellers shall be paid to the Court Registry for the U.S. District Court for the District of Colorado with reference to this civil action number, 1:12-cv-02131-JLK-BNB, *SEC v. Bridge Premium Finance, LLC et al.*; and

    e.    That the sale proceeds shall be held in escrow by the Court Registry until further order of the Court.

Dated: November 2, 2012 2012

                                  s/John L. Kane
                                  SENIOR U.S. DISTRICT JUDGE