IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:12-cv-02131-JLK-BNB

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

BRIDGE PREMIUM FINANCE, LLC (f/k/a BERJAC OF COLORADO, LLC),
MICHAEL J. TURNOCK, and
WILLIAM P. SULLIVAN, II,

        Defendants,

and

JANE K. TURNOCK,

        Relief Defendant.

_____

## ORDER FOR SUBMISSION OF AMENDED PROPOSED FINAL JUDGMENT

Kane, J.

In light of the Answer submitted by Defendants Bridge Premium Finance, LLP and Mr. Turnock, Doc. 60, and the Admissions contained therein, the pending Motion for Reconsideration, Doc. 59, is held in abeyance and parties are directed to submit an amended proposed final judgment draft.

DATED:    March 7, 2013        BY THE COURT:

                                      /s/John L. Kane
                                      John L. Kane, US Senior District Judge