IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-02131-JLK-BNB

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

BRIDGE PREMIUM FINANCE, LLC (f/k/a BERJAC OF COLORADO, LLC),
MICHAEL J. TURNOCK, and
WILLIAM P. SULLIVAN, II,

        Defendants,

and

JANE K. TURNOCK,

        Relief Defendant.

---

## STIPULATED ORDER OF SETTLEMENT AS TO RELIEF DEFENDANT JANE K. TURNOCK

---

The Securities and Exchange Commission ("Commission") having filed an amended complaint and Relief Defendant Jane K. Turnock ("Relief Defendant") having entered a general appearance; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; consented to entry of this Stipulated Order of Settlement without admitting or denying the allegations of the amended complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Stipulated Order:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable for disgorgement consisting of: (1) her right, title, and interest in $34,432.12 in funds held in a bank account at Bank of the West numbered xxx-xx1695; (2) her right, title, and interest in $1,990.03 in funds held in a bank account at Bank of the West numbered xxx-xx9620; and (3) sales proceeds of not less than $325,000 from the sale of real property located at 3737 E. Gill Drive, Denver, Colorado. Relief Defendant shall receive not more than $90,000 from the sale of real property pursuant to the Colorado Homestead Exemption.

Upon entry of this Stipulated Order, funds contained in the Bank of the West bank accounts listed above shall be paid to the Commission as instructed below.

The sales proceeds from the sale of real property located at 3737 E. Gill Drive, Denver, Colorado that are payable pursuant to this Stipulated Order shall be paid to the Commission as instructed below within 14 days after entry of this Stipulated Order or closing of the sale of the real property, whichever occurs later.

Payments made pursuant to this Stipulated Order may be made electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Payments may also be made by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

    Enterprise Services Center
    Accounts Receivable Branch
    6500 South MacArthur Boulevard
    Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Jane K. Turnock as a relief defendant in this action; and specifying that payment is made pursuant to this Stipulated Order.  Photocopies of evidence of payment and case identifying information shall also be transmitted to the Commission's counsel in this action.

By making payments pursuant to this Stipulated Order, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendant.

The Commission shall hold the funds, together with any interest and income earned thereon (collectively, the "Fund"), pending further order of the Court.  The Commission may propose a plan to distribute the Fund subject to the Court's approval.  Such a plan may provide that the Fund shall be distributed pursuant to the Fair Fund provisions of Section 308(a) of the Sarbanes-Oxley Act of 2002.  The Court shall retain jurisdiction over the administration of any distribution of the Fund.  If the Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Stipulated Order to the United States Treasury.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the sixth claim for relief in the amended complaint is dismissed with prejudice against Relief Defendant and Relief Defendant is released from all claims by the Commission arising out of the facts alleged in the amended complaint.  Each party will pay its own fees and costs.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Stipulated Order.

Dated:  March 8, 2013

                                             *s/John L. Kane*
                                             UNITED STATES DISTRICT JUDGE