IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:12-cv-02131-JLK-BNB

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

v.

BRIDGE PREMIUM FINANCE, LLC (f/k/a BERJAC OF COLORADO, LLC),
MICHAEL J. TURNOCK, and
WILLIAM P. SULLIVAN, II,

                Defendants,

and

JANE K. TURNOCK,

                Relief Defendant.

---

## ORDER SPECIFYING DISBURSEMENT OF FUNDS RELATING TO JANE TURNOCK

Kane, J.

Per the Stipulated Order of Settlement as to Relief Defendant Jane K. Turnock, Doc. 62, it is ORDERED as follows:

From the funds currently being held in the Court Registry Investment System ("CRIS"), referred to as the "Fund" in Doc. 62, the amount of $325,000 shall be paid to the U.S. Securities and Exchange Commission by U.S. Treasury Check and mailed to

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169.

After the above $325,000 payment has been made, the remaining Fund balance, but not to exceed $90,000, is to be paid to Ms. Turnock from CRIS upon appropriate request provided to the Court.

DATED:       March 12, 2013                    BY THE COURT:
                                               _/s/John L. Kane_