IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:12-cv-02131-JLK-BNB

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

v.

BRIDGE PREMIUM FINANCE, LLC (f/k/a BERJAC OF
COLORADO, LLC),
MICHAEL J. TURNOCK, and
WILLIAM P. SULLIVAN, II,

                Defendants,

and

JANE K. TURNOCK,

                Relief Defendant.

---

### AMENDED ORDER GRANTING MOTION FOR DISBURSEMENT OF FUNDS RELATING TO JANE TURNOCK

Kane, J.

Relief Defendant Jane Turnock's Motion for Disbursement of Funds, Doc. 70, is GRANTED as specified herein:  *After* the amount of $325,000 is paid to the U.S. Securities and Exchange Commission from the funds currently being held in the Court Registry Investment System ("CRIS"), referred to as the "Fund" in Doc. 62, and as ordered in Doc. 67, the remaining Fund balance, including principal plus interest less registry fee, and in no event exceeding $90,000, be paid to Jane Turnock c/o Robert A. Lees  Associates 5290 DTC Parkway, STE 150, Greenwood Village, Colorado 80111.

Furthermore, in connection with the disbursement of funds to Relief Defendant, Ms. Turnock is to submit a completed IRS Form W-9 pursuant to D.C.COLO.LCivR 67.2D and agree to pay any necessary taxes on the interest amount she receives as part of her disbursement.

DATED: March 14, 2013

BY THE COURT:
*/s/John L. Kane*
U.S. Senior District Judge