IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil action No. 12-cv-02131-JLK-BNB

SECURITIES AND EXCHANGE COMMISSION,

　　　　Plaintiff,

v.

BRIDGE PREMIUM FINANCE, LLC (F/K/A BERJAC OF COLORADO, LLC),
MICHAEL J. TURNOCK, and
WILLIAM P. SULLIVAN, II,

　　　　Defendants;

JANE K. TURNOCK,

　　　　Relief Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS RELIEF DEFENDANT JANE TURNOCK WITH PREJUDICE

Kane, J.

　　　THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Relief Defendant Jane Turnock with Prejudice, Doc. 83. The Court having considered the Motion and the matters on file herein, and deeming itself fully advised, FINDS and ORDERS:

　　　That Relief Defendant Jane Turnock is DISMISSED as a party to the action WITH Prejudice.
.
DATED:  June 18, 2013　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　　　　　*/s/John L. Kane*
　　　　　　　　　　　　　　　　　　　　　　John L. Kane, U.S. Senior District Judge