**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:12-cv-02131-JLK-BNB

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

WILLIAM P. SULLIVAN, II,

        Defendant.

**ORDER DENYING DOC. 86, DEFENDANT SULLIVAN'S MOTION TO DISMISS**

Kane, J.

    Defendant Sullivan's Motion to Dismiss, Doc. 86, contains no basis in law or fact and is accordingly DENIED.  Mr. Sullivan's statements concerning the depositions are false and he is admonished for his deceitful filing.

DATED:     November 19, 2013            BY THE COURT:

                                                   *s/John L. Kane*
                                                   John L. Kane, U.S. Senior District Judge