IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:12-cv-02131-JLK-BNB

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

BRIDGE PREMIUM FINANCE, LLC *et al.*,

        Defendants.

_____

**ORDER DIRECTING TRANSFER OF FUNDS HELD IN ATTORNEY TRUST ACCOUNTS TO DISTRIBUTION FUND**
_____

The Court having considered Plaintiff Securities and Exchange Commission's Motion (Dkt. # 94), and for good cause shown,

IT IS HEREBY ORDERED THAT:

- From the trust account set up to the credit of one or more of the Defendants, attorney Michael Axt shall pay $29,242.50 to the SEC;

- From the trust account set up to the credit of one or more of the Defendants, attorney Mark Appleton shall pay $9,874.30 to the SEC.

Payments shall be accompanied by information identifying the case title and civil action number of this case.  The SEC will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Finally,

payments may also be made by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, and delivered or mailed to:

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

DATED:  July 31, 2014

BY THE COURT:

*s/John L. Kane*
U.S. Senior District Judge