**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 12-cv-02131-JLK-BNB

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

WILLIAM P. SULLIVAN, II,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with the Order (Docket No. 98) entered by Judge John L. Kane on September 19, 2014, incorporated herein by reference, it is

    ORDERED that Plaintiff Securities And Exchange commission's Motion For Summary Judgment As To Defendant William P. Sullivan, II (Doc No. 90) is GRANTED.  It is

    FURTHER ORDERED that judgment shall enter against William P. Sullivan, II on the First and Second claims of the Amended complaint.  It is

    FURTHER ORDERED that each side shall pay its own fees.  The Securities and Exchange Commission shall have its costs awarded upon the filing of a Bill of Costs with the Clerk of the Court within 14 days of entry of Judgment.

    Dated at Denver, Colorado this 30th day of October, 2014.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                By:  s/   Bernique Abiakam

                                            Courtroom Deputy Clerk