UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGE PREMIUM FINANCE, LLC (f/k/a BERJAC OF COLORADO, LLC),<br>MICHAEL J. TURNCOCK, and<br>WILLIAM P. SULLIVAN, II,<br><br>Defendants. | Civil Action No.<br>1:12-cv-02131 |

## ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Court, having reviewed Plaintiff Securities and Exchange Commission's ("SEC" or "Commission") Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator (Doc. 108), and the supporting Declaration of Jude P. Damasco in Support of Fee Request (Doc. 109), and for good cause shown, **HEREBY ORDERS**:

1. The Motion is **GRANTED**. The Commission shall issue either a check or wire transfer in the amount of $6,142.98 from funds held by the Commission under the case name designation "*BPF & Sullivan Distribution Fund*" to Damasco & Associates LLP.

Dated: May 7, 2015        **s/ John L. Kane**
                          Senior U.S. District Judge