UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

BRIDGE PREMIUM FINANCE, LLC (f/k/a BERJAC OF COLORADO, LLC), MICHAEL J. TURNCOCK, and WILLIAM P. SULLIVAN, II,

Defendants.

Civil Action No. 1:12-cv 02131

## ORDER TO DISBURSE FUNDS TO PAY TAX LIABILITIES

The Court has reviewed Plaintiff Securities and Exchange Commission's ("SEC" or "Commission") Motion (Doc. 112) to Disburse Funds to Pay Tax Liabilities, and the supporting Declaration of Jude P. Damasco in Support of Request To Make Tax Payment ("Declaration"), and for good cause shown, the Motion is hereby **GRANTED.**

**IT IS HEREBY ORDERED:**

1. The Commission shall issue either a check or wire transfer in the amount of $21.00 from funds held by the Commission under the case name designation "*BPF & Sullivan Distribution Fund*" made payable to "Damasco & Associates, Trust Account."

Dated: June 23, 2015

**s/ John L. Kane**
Senior U.S. District Judge