UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02131-JLK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

BRIDGE PREMIUM FINANCE, LLC (f/k/a
BERJAC OF COLORADO, LLC),
MICHAEL J. TURNCOCK, and
WILLIAM P. SULLIVAN, II,

Defendants.

## ORDER TO DISBURSE FUNDS TO PAY TAX PENALTIES AND INTEREST

The Court, having reviewed Plaintiff Securities and Exchange Commission's ("SEC"

or "Commission") Motion to Disburse Funds to Pay Tax Penalties and Liabilities (Doc.

115), and the supporting Declaration of Jude P. Damasco in Support of Request To Make

Payment of Penalties & Interest ("Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1.      The Motion ( Doc. 115) is GRANTED.  The Commission shall issue either

check or wire transfer in the amount of $24.65 from funds held by the

Commission under the case name designation "*BPF & Sullivan Distribution

Fund*" made payable to "Damasco & Associates, Trust Account."

Dated: September 29, 2015

_____

JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE