UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02131-JLK

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.

BRIDGE PREMIUM FINANCE, LLC (f/k/a
BERJAC OF COLORADO, LLC),
MICHAEL J. TURNOCK, and
WILLIAM P. SULLIVAN, II,

          Defendants,

and

JANE K. TURNOCK,

          Relief Defendant.

## ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Court, having reviewed Plaintiff Securities and Exchange Commission's ("SEC" or "Commission") Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator (Doc. 118), and the supporting Declaration of Jude P. Damasco in Support of Fee Request, and for good causes shown, IT IS HEREBY ORDERED:

1. The Commission shall issue either a check or wire transfer in the amount of $2,076.75 from funds held by the Commission under the case name designation "*BPF & Sullivan Distribution Fund*" made payable to "Damasco & Associates, Trust Account"

2. The Tax Administrator shall be entitled to charge reasonable fees and expenses for tax compliance services in accordance with its agreement with the Commission.

3. The Commission staff is authorized to approve and arrange payment of all future tax obligations and tax administrator fees and expenses owed by the Distribution Fund directly from the Distribution Fund without further order of the Court.

The Motion (Doc. 118) is GRANTED.

Dated: February 2, 2016

_____
John L. Kane
Senior U.S. District Court Judge