UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02131-JLK

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

BRIDGE PREMIUM FINANCE, LLC (f/k/a
BERJAC OF COLORADO, LLC),
MICHAEL J. TURNOCK, and
WILLIAM P. SULLIVAN, II,

        Defendants,

and

JANE K. TURNOCK,

        Relief Defendant.

## ORDER APPROVING PROPOSED DISTRIBUTION PLAN

The Court having reviewed the Securities and Exchange Commission's ("SEC" or "Commission") Motion for Order Approving Proposed Distribution Plan ("Motion") and after due deliberation and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Motion (Doc. 121) is **GRANTED.**

2. The Distribution Plan is **APPROVED**.

3. The Distribution Agent shall send out the Notice and a copy of the Distribution Plan as provided in the Distribution Plan and follow the steps set forth in the Distribution Plan to

resolve any objections to the Distribution Plan.  **Recipients of the Distribution Plan shall have 30 days to object.**

**IT IS SO ORDERED.**

Dated:  February 8, 2016

_____
John L. Kane
Senior U.S. District Court Judge