UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02131-JLK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

BRIDGE PREMIUM FINANCE, LLC (f/k/a
BERJAC OF COLORADO, LLC),
MICHAEL J. TURNOCK, and
WILLIAM P. SULLIVAN, II,

Defendants,

and

JANE K. TURNOCK,

Relief Defendant.

## ORDER CORRECTING TYPOGRAPHICAL ERRORS

The Court having reviewed the Securities and Exchange Commission's ("SEC" or "Commission") Motion for Order Correcting Typographical Errors (Doc. 124) and after due deliberation and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Motion is **GRANTED.**

2. The Corrections to the Typographical Errors are **APPROVED**.

**IT IS SO ORDERED.**

Dated:  April 13, 2016

_____
John L. Kane
Senior United States District Court Judge