UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil No. 12-cv-02131-JLK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

v.

BRIDGE PREMIUM FINANCE, LLC (f/k/a
BERJAC OF COLORADO, LLC),
MICHAEL J. TURNOCK, and
WILLIAM P. SULLIVAN, II,

                Defendants,

and

JANE K. TURNOCK,

                Relief Defendant.

## ORDER APPROVING THE FINAL ACCOUNTING, TERMINATING THE FAIR FUND, DISCHARGING THE DISTRIBUTION AGENT, AND AUTHORIZING THE TRANSFER OF RESIDUAL FUNDS TO THE U.S. TREASURY

The Court, having reviewed the Securities and Exchange Commission's Motion and Memorandum of Law in support of an order approving the final accounting, terminating the Fair Fund, discharging the Distribution Agent, and authorizing the transfer of residual funds to the U.S. Treasury, and for good cause shown, it is hereby **ORDERED**:

1. The final accounting is hereby approved;

2. The Fair Fund is terminated;

3. The Distribution Agent is discharged; and

1

4. The $2,749.11 remaining in the Fair Fund and any funds returned to the Fair Fund in the future shall be transferred to the U.S. Treasury.

**SO ORDERED.**

Dated:  May 13, 2020               _____
                                                                    JOHN L. KANE
                                                                    SENIOR U.S. DISTRICT JUDGE